THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHELICA DANIELS, | * | |
| Petitioner, | * | |
| v. | * | CV 115-128 |
| | * | (Formerly CR 113-274) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

O R D E R

On October 24, 2016, this Court adopted the United States Magistrate Judge's Report and Recommendation and dismissed Petitioner's motion brought pursuant to 28 U.S.C. § 2255. At the conclusion of the Order of October 24, 2016, the Court stated that Petitioner had failed to make a "'substantial showing of the denial of a constitutional right,'" and therefore, a Certificate of Appealability could not be granted. (See Order of Oct. 24, 2016, at 1-2 (citations omitted).) Nevertheless, on November 25, 2016, Petitioner filed a Request for Certificate of Appealability. Because the Court has already ruled on the matter, the motion (doc. 32) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE